■ The People of the State of New York, Respondent, v. Frank Orgovan, Appellant.—

Present — Williams, P. J., Bastow, Goldman, Halpern, and Henry, JJ.